■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK PALOMPELLI, Appellant. [954 NYS2d 468]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 22, 2002 (*People v Palompelli*, 296 AD2d 557 [2002]), affirming a judgment of the County Court, Orange County, rendered October 14, 1999.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Mastro, Rivera and Skelos, JJ., concur.